| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 00-CR-100 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rhonda Barrett | Eastern | Wisconsin |
| | NAME OF SENTENCING JUDGE | |
| JUDGE COAR | C. N. Clevert | |
| MAGISTRATE JUDGE COLE | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/30/2007 — TO 11/29/2012 |

OFFENSE

Possession with Intent to Distribute Crack Cocaine (Title 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2)

# 08CR 0095

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT ___Wisconsin___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Illinois___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___12/18/2___              ___[signature]___
Date                                       United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT ___Illinois___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**F I L E D**

JAN 3 1 2008 *CM*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

___JAN 3 0 2008___           ___[signature] James F. Holderman___
Effective Date                         United States District Judge