## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

February 21, 2008

Michael W. Dobbins, Clerk
United States District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse, 20th Floor
Chicago, IL 60604

**FILED**

FEB 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CR 95

RE: **U.S. vs Rhonda Barrett**
    **Our Case Number: 00-CR-100**

Dear Mr. Dobbins:

In compliance with the Order Accepting Jurisdiction in the above case, enclosed are **certified** copies of the docket sheet, Information, Amended Judgment and Transfer of Jurisdiction form. Also included is a financial accounting statement for this defendant.

Please acknowledge receipt on the enclosed copy of this letter and return it in the envelope provided.

Very truly yours,
JON W. SANFILIPPO
CLERK

By: s/Karen Fahrenkrug
Deputy Clerk

Enclosures
cc: U.S. Probation
    U.S. Marshal
    Financial

CLOSED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CRIMINAL DOCKET FOR CASE #: 2:00-cr-00100-CNC-1
### Internal Use Only

Case title: USA v. Barrett
Other court case number: :00- -03984 USCA Barrett 7/20/00
Magistrate judge case number: 2:00-mj-00473

Date Filed: 05/23/2000
Date Terminated: 11/02/2000

Assigned to: Judge Charles N Clevert, Jr

Appeals court case numbers: 03-1058 USCA
Barrett 8/22/02, 003984

## Defendant (1)

**Rhonda Barrett**
*TERMINATED: 11/02/2000*

represented by **Michelle M Anderson**
Cornwall & Rhiel
633 W Wisconsin Ave - Ste 1010
Milwaukee, WI 53203-1907
414-390-2900
*TERMINATED: 11/02/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Richard H Parsons**
Federal Public Defenders Office (CD-IL)
401 Main St - Ste 1500
Peoria, IL 61602
309-671-7891
Fax: 309-671-7898
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas G Wilmouth**
Federal Defender Services of Wisconsin Inc
517 E Wisconsin Ave - Rm 182
Milwaukee, WI 53202
414-221-9900
Fax: 414-221-9901
Email: tom_wilmouth@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk
DATED: 2/21/08
by [signature] Deputy

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

21:841(a) and 18:2 - CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE, OR
DISPENSE COCAINE BASE
(1)

21:841(a) and 18:2 - CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE, OR
DISPENSE COCAINE BASE
(1s)

**Disposition**

The original Indictment is DISMISSED due to
the filing of the Information.

SENT: 120 mos. imprisonment as to count 1
of the Information. SUPERVISED
RELEASE: 5 Yrs. FINE: None. SA: .

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**

represented by **Stephanie G Rothstein**
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-1700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard G Frohling**
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-4528
Fax: 414-297-1738
Email: richard.frohling@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2000 | 1 | COMPLAINT against Rhonda Barrett signed by Mag Judge William E. Callahan Jr [ 2:00-m -473 ] (kmf, ) (Entered: 04/28/2000) |
| 04/27/2000 | 2 | HEARING MINUTES: (WEC) Initial Appearance of Rhonda Barrett. Crt. advised deft. of rights. Govt. advised deft. of charges, penalties and fines. Counsel w/be notified of A & P/Prelim. hrg. to be held before Judge Goodstein. Govt. requesting a 10-day hold - deft. is in state custody. Crt. w/enter order of temp. detention. Matter |

| | | |
|---|---|---|
| | | will be discussed at Prelim/A & P hrg. Court Reporter: Tape AC-230 [ 2:00-m -473 ] (kmf, ) (Entered: 04/28/2000) |
| 04/27/2000 | 3 | ORDER of Temporary Detention to Permit Revocation of Conditional Release, Deportation or Exclusion by Mag Judge William E. Callahan Jr as to Rhonda Barrett. [ 2:00-m -473 ] (kmf, ) (Entered: 04/28/2000) |
| 04/27/2000 | 6 | CJA Form 20 Copy 4 (Appointment of Counsel) as to Rhonda Barrett; Attorney Michelle Anderson appointed [ 2:00-m -473 ] (kmf, ) (Entered: 05/02/2000) |
| 04/28/2000 | 4 | NOTICE of hearing. Prelim/A & P/Detention hrg. set for 2:00 on 5/10/00 for Rhonda Barrett before Mag Judge Aaron E. Goodstein. [ 2:00-m -473 ] (kmf, ) |
| 04/28/2000 | 5 | ARREST Warrant returned executed as to defendant Rhonda Barrett; defendant arrested on 4/26/00 [ 2:00-m -473 ] (kmf, ) |
| 05/10/2000 | 7 | HEARING MINUTES: (AEG) Prelim./Detention hrg. held on 5/10/00. Deft. has signed waiver of Prelim. hrg. Crt. makes finding of probable cause. State Agent has requested hold remain in place and has recommended revocation. Crt. w/enter order of detention. If state circumstances change, deft. may be returned to this crt. for further proceedings. Court Reporter: Tape A-1095 [ 2:00-m -473 ] (kmf, ) (Entered: 05/11/2000) |
| 05/10/2000 | 8 | WAIVER of Preliminary hrg. by defendant Rhonda Barrett. [ 2:00-m -473 ] (kmf, ) (Entered: 05/11/2000) |
| 05/11/2000 | 9 | ORDER of Detention Pending Trial by Mag Judge Aaron E. Goodstein as to Rhonda Barrett. [ 2:00-m -473 ] (kmf, ) |
| 05/23/2000 | 10 | INFORMATION filed as to Rhonda Barrett (1) count(s) 1. (kmf, ) (Entered: 05/24/2000) |
| 05/23/2000 | 11 | PLEA AGREEMENT as to Rhonda Barrett. (kmf, ) (Entered: 05/24/2000) |
| 06/09/2000 | 12 | NOTICE of hearing. Change of Plea hearing set for 3:00 on 7/6/00 for Rhonda Barrett. (kmf, ) (Entered: 06/12/2000) |
| 07/05/2000 | 13 | HEARING MINUTES: before Judge Charles N. Clevert ; change of plea rescheduled for 9:15 7/25/00 for Rhonda Barrett ; parties request time to ascertain whether the defendant is a career offender; Court Reporter: Cindy Bohman (tlf, ) (Entered: 07/11/2000) |
| 07/25/2000 | 14 | SUPERSEDING Information filed naming Rhonda Barrett (1) count(s) 1s. (kmf, ) (Entered: 07/26/2000) |
| 07/25/2000 | 15 | WAIVER of Indictment by defendant Rhonda Barrett (kmf, ) (Entered: 07/26/2000) |
| 07/25/2000 | 16 | AMENDED PLEA AGREEMENT as to Rhonda Barrett (kmf, ) (Entered: 07/26/2000) |
| 07/25/2000 | 17 | HEARING MINUTES: (CNC) Change of Plea hearing held on 7/25/00. Guilty plea entered by Rhonda Barrett to the Information. ADJUDGED GUILTY. Deft. waives Rule 32. PSR due 9/18/00; obj. due 9/29/00. Sentencing hearing set for 8:30 on 10/17/00 for Rhonda Barrett. Court Reporter: Cindy Bohman (kmf, ) (Entered: 07/26/2000) |
| 09/15/2000 | 18 | TRANSCRIPT of Change of Plea Hearing held on 7/25/00 as to defendant Rhonda Barrett (kmf, ) (Entered: 09/18/2000) |
| 09/29/2000 | 19 | LETTER f/atty. Anderson enclosing a letter f/deft. re: appointment of substitute counsel. (kmf, ) Modified on 11/14/2000 |

| | | | |
|---|---|---|---|
| 10/13/2000 | | 20 | LETTER from plaintiff USA enclosing correspondence received from defendant Ronda Barrett (tlf, ) (Entered: 10/16/2000) |
| 10/16/2000 | | 21 | NOTICE of hearing ; sentencing hearing rescheduled for 9:30 11/1/00 for Rhonda Barrett (tlf, ) (Entered: 10/17/2000) |
| 11/01/2000 | | 22 | Government's MEMORANDUM of Law in Support of of Evidence of Relevant Conduct. (kmf, ) (Entered: 11/03/2000) |
| 11/02/2000 | | 23 | JUDGMENT and Commitment issued (CNC) to U.S. Marshal as to Rhonda Barrett. Sentencing of Rhonda Barrett held on 11/2/00. SENT: 120 mos. imprisonment as to count 1 of the Information. Deft. is remanded to the custody of the U.S. Marshal. SUPERVISED RELEASE: 5 Yrs. Conditions of Supervised Release imposed. See judgment for addtional details. FINE: None. SA: $100. The original Indictment is DISMISSED due to the filing of the Information. terminating party Rhonda Barrett case terminated (cc: all counsel) (kmf, ) Modified on 11/06/2000 (Entered: 11/06/2000) |
| 11/13/2000 | | 24 | APPEAL Notice to USCA by defendant Rhonda Barrett regarding [23-5] (cc: all counsel) (kmf, ) (Entered: 11/14/2000) |
| 11/13/2000 | | 25 | DOCKETING STATEMENT by defendant Rhonda Barrett (cc: all counsel) (kmf, ) (Entered: 11/14/2000) |
| 11/14/2000 | | | SHORT RECORD Transmitted to USCA for defendant Rhonda Barrett Re: [24-1] (cc: all counsel) (kmf, ) |
| 11/14/2000 | | | Criminal Appeal Record Prepared for defendant Rhonda Barrett (kmf, ) |
| 11/15/2000 | | 26 | LETTER f/AUSA Rothstein re: deft.'s address on judgment. (kmf, ) (Entered: 11/16/2000) |
| 11/20/2000 | | | As to defendant Rhonda Barrett Re: [24-1] Appeal Number: 003984 received from USCA (kmf, ) |
| 11/20/2000 | | 27 | AMENDED JUDGMENT and Commitment issued to U.S. Marshal as to Rhonda Barrett by Judge Charles N. Clevert. Deft.'s address was corrected to read 8126 So. Merrill St., Chicago, IL 60617-1156. (cc: all counsel) (kmf, ) Modified on 11/21/2000 (Entered: 11/21/2000) |
| 12/15/2000 | | 28 | APPEAL Order from USCA - Atty. Michelle Anderson's request for withdrawal as counsel is GRANTED; Atty. Richard Parsons is appointed as counsel f/deft. (kmf, ) (Entered: 12/18/2000) |
| 12/15/2000 | | | (Court only) DOCKET UTILITY: Involvement of atty Michelle Anderson terminated; atty. Richard Parsons appointed. (kmf, ) (Entered: 12/18/2000) |
| 12/15/2000 | | | (Court only) Docket Modification (Utility) As to Rhonda Barrett, atty. Richard H Parsons appointed replacing atty. Michelle Anderson. (kmf, ) (Entered: 12/18/2000) |
| 12/21/2000 | | 29 | REQUEST by Atty. Richards Parsons for the appeal record for review. (kmf, ) (Entered: 12/26/2000) |
| 12/26/2000 | | | TRANSMIT file for defendant Rhonda Barrett, consisting of 1 Vol. of Pleadings and 1 Vol. of transcripts, to: Atty. Jonathan Hawley, Federal Public Defender, 401 Main St., Suite 1500, Peoria, IL 61602. (kmf, ) Modified on 01/11/2001 |
| 01/11/2001 | | 30 | TRANSCRIPT of Sentencing held on 11/1/00 (Vol. 1) as to defendant Rhonda Barrett. (kmf, ) |

| | | |
|---|---|---|
| 01/11/2001 | 31 | TRANSCRIPT of Sentencing (Vol. 2) held on 11/2/00 as to defendant Rhonda Barrett (kmf, ) Modified on 01/11/2001 |
| 02/09/2001 | 32 | MANDATE/CERTIFIED COPY from USCA USCA Number: 003984 dismissing the appeal [24-1] for defendant Rhonda Barrett, plaintiff USA. (kmf, ) (Entered: 02/12/2001) |
| 05/17/2001 | 33 | MOTION for Order for copies of Change of Plea and Sentencing hrg. Trancripts by Rhonda Barrett (Filed pro se) (kmf, ) (Entered: 05/31/2001) |
| 07/02/2001 | 34 | Crt.'s RESPONSE to deft.'s request [33-1] for copies of transcripts - deft. to contact atty. re: copies. (kmf, ) (Entered: 07/05/2001) |
| 07/02/2001 | | (Court only) Docket Modification (Utility) denying Motion for Order [33-1] - deft. to contact atty. re: copies. (kmf, ) (Entered: 07/05/2001) |
| 02/04/2002 | 35 | PETITION Pursuant to 2255 by Rhonda Barrett filed as Civil Case # 02cv126 (hmv, ) (Entered: 02/05/2002) |
| 06/13/2002 | 36 | LETTER from defendant Rhonda Barrett requesting reconsideration of incarceration. (kmf, ) |
| 07/15/2002 | 37 | LETTER from defendant Rhonda Barrett informing the crt. of her new address: FMC Carswell, P.O. Box 27137 Ft. Worth, TX 76127. (kmf, ) (Entered: 07/16/2002) |
| 07/15/2002 | 38 | LETTER from defendant Rhonda Barrett requesting resolution of her 2255 motion. (kmf, ) (Entered: 07/16/2002) |
| 07/17/2002 | 39 | DECISION AND ORDER: (CNC) DISMISSING the motion Pursuant to 2255 [35-1]. (cc: all counsel) (kmf, ) (Entered: 07/19/2002) |
| 08/22/2002 | 40 | APPEAL Notice to USCA by defendant Rhonda Barrett regarding [39-1] (cc: all counsel) (kmf, ) |
| 08/22/2002 | | SHORT RECORD Transmitted to USCA for defendant Rhonda Barrett Re: [40-1] (cc: all counsel) (kmf, ) |
| 08/22/2002 | | Criminal Appeal Record Prepared for defendant Rhonda Barrett (kmf, ) |
| 01/06/2003 | 41 | DECISION AND ORDER (CNC) DENYING CERTIFICATE OF APPEALABILITY re 40 Notice of Appeal (kmf, ) (Entered: 01/07/2003) |
| 01/13/2003 | | USCA Case Number as to Rhonda Barrett 03-1058 for 40 Notice of Appeal filed by Rhonda Barrett (vkb) (Entered: 01/17/2003) |
| 03/03/2003 | 42 | MANDATE of USCA (certified copy) DISMISSING Notice of Appeal 40 as to RHonda Barrett. (kmf, ) (Entered: 03/04/2003) |
| 03/07/2003 | | Appeal Record Returned as to Rhonda Barrett 1 vol. pleadings & 3 transcripts USCA Number 03-1058 40 Notice of Appeal (kaf, ) (Entered: 03/10/2003) |
| 08/23/2005 | 43 | LETTER from deft. Barrett re: filing of Rule 35 motion. (kmf, ) (Entered: 08/25/2005) |
| 10/31/2005 | 44 | LETTERS from Rhonda BARRETT re: review of sentence. (kmf, ) (Entered: 11/02/2005) |
| 11/07/2005 | 46 | LETTER from Rhonda Barrett re: Rule 35 reduction. (kmf, ) (Entered: 11/09/2005) |
| 11/08/2005 | 45 | LETTER from the Court to deft. Rhonda Barrett in response to letters 44 . (kmf, ) (Entered: 11/09/2005) |

| | | |
|---|---|---|
| 12/05/2005 | 47 | LETTER from deft. Rhonda Barrett re: serving of sentence. (kmf, ) (Entered: 12/09/2005) |
| 06/23/2006 | 48 | MOTION to run multiple terms of parole, probation concurrent by Rhonda Barrett.(dmm, ) (Entered: 06/27/2006) |
| 07/11/2006 | 49 | ORDER signed by Judge Charles N Clevert Jr on 7/11/2006 denying 48 Motion to Run Multiple Terms of Parole and probation Concurrent as to Rhonda Barrett (1). (cc: all counsel) ((mj), C. N. CLEVERT, JR.) (Entered: 07/12/2006) |
| 07/12/2006 |  | Copy of Order on Motion for Miscellaneous Relief 49 sent via U.S. Mail to Richard H. Parsons; Stephanie G. Rothstein; Rhonda Barrett ((mj), C. N. CLEVERT, JR.) |
| 09/13/2007 | 50 | LETTER from Rhonda Barrett (kmf) |
| 09/24/2007 | 51 | LETTER from Rhonda Barrett re: Reduction in Sentence. (kmf) |
| 10/15/2007 | 52 | LETTER from the Court to Rhonda Barrett. (cc: All Counsel) ((mj), C. N. CLEVERT, JR.) (Entered: 10/16/2007) |
| 10/16/2007 |  | Copy of Letter (From Court) 52 sent via U.S. Mail to Rhonda Barrett; U. S. Attorney ((mj), C. N. CLEVERT, JR.) |
| 10/31/2007 | 53 | MOTION to Reduce Sentence *Rule 35(b)* by USA as to Rhonda Barrett. (Attachments: # 1 certificate of service)(Frohling, Richard) |
| 11/01/2007 | 54 | NOTICE OF HEARING ON 53 MOTION to Reduce Sentence *Rule 35(b)* : (cc: all counsel) Motion Hearing set for 11/28/2007 09:00 AM in Courtroom 222 before Judge Charles N Clevert Jr. ((mj), C. N. CLEVERT, JR.) |
| 11/01/2007 |  | Copy of Notice of Hearing on Motion 54 sent via U.S. Mail to Rhonda Barrett; Warden, FCI Tallahassee; Tom Wilmouth ((mj), C. N. CLEVERT, JR.) |
| 11/01/2007 | 55 | NOTICE OF ATTORNEY APPEARANCE: Thomas G Wilmouth appearing for Rhonda Barrett (Wilmouth, Thomas) |
| 11/28/2007 | 56 | MINUTES: Hearing held on 11/28/07. The court grants the government's motion 53 for a one-level downward departure, and grants sua sponte a further departure of two levels. Defendant is resentenced to a term of 77 Months Imprisonment and 5 Years Supervised Release. See Judgment. (Tape #9:13:47 to 9:37:46) ((kwb), C. N. Clevert, Jr.) (Entered: 12/03/2007) |
| 11/29/2007 | 57 | RESENTENCING JUDGMENT as to Rhonda Barrett. SENT:77 mos. imprisonment as to the one count Information. Deft. is remanded to the custody of the U.S. Marshal. SUPERVISED RELEASE: 5 Yrs. Conditions of Pretrial Release imposed. See judgment for additional details. SA: $100 - already paid. Signed by Judge Charles N Clevert Jr on 11/29/07. (cc: all counsel) (kmf) (Entered: 12/04/2007) |
| 01/17/2008 | 58 | LETTER from Rhonda Barrett re: request to waive half-way house requirement. (kmf) (Entered: 01/18/2008) |
| 01/28/2008 | 59 | ORDER Granting Defendant's Letter Request to Modify Conditions of Release as to Rhonda Barrett Signed by Judge Charles N Clevert Jr on 1/28/08. (cc: all counsel) ((mj), C. N. CLEVERT, JR.) |
| 02/08/2008 | 60 | ORDER (CNC) as to Rhonda Barrett transferring Supervised Release jurisdiction from the E.D. of Wisconsin and ORDER accepting jurisdiction in the Northern District of Illinois. (cc: all counsel) (kmf) (Entered: 02/12/2008) |



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No. |
| RHONDA R. BARRETT, | **00-Cr 100** |
| Defendant. | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

From on or about January 1, 1999 to April 25, 2000 at Milwaukee, in the State and Eastern District of Wisconsin,

**RHONDA R. BARRETT,**

the defendant herein, did knowingly and intentionally distribute cocaine base also known as "crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2.

THOMAS P. SCHNEIDER
United States Attorney

5-23-00
Date

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk
DATED: 2/21/08

AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | **CORRECTED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **RHONDA BARRETT** | Case Number: **00-CR-100** |

U.S. DIST. COURT EAST. DIST. WISC.
FILED
NOV 20 2000
AT_____
SOFRON B. NEDILSKY

**Michelle M. Anderson**
Defendant's Attorney

**Stephanie Rothstein**
Assistant United States Attorney

On July 6, 2000, the defendant pleaded guilty to the one-count information and was adjudged guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841 (a)(1) 18 U.S.C. § 2 | Possession with intent to distribute crack cocaine | April 25, 2000 | One |

The defendant is sentenced as provided in Pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is) (are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 2, 2000
Date of Imposition of Judgment

his is a
ial now    Signature of Judicial Officer
**C.N. CLEVERT, U.S. DISTRICT JUDGE**
Name & Title of Judicial Officer

November 20, 2000
Date

AO 245B (Rev. 8/96) Judgment in a Criminal Case:
Sheet 2 - Imprisonment

Defendant: **RHONDA BARRETT**
Case Number: **00-CR-100**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred twenty months as to the one count information.**

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed at FCI Pekin, IL
Participation in the Inmate Financial Responsibility Program.
Placement in the Intensive Drug Treatment Program when eligible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at _____ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 8/96) Judgment in a Criminal Case;
Sheet 3 - Supervised Release

Defendant:  **RHONDA BARRETT**
Case Number: **00-CR-100**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>**five years as to the one-count information.**</u>

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Judgment in a Criminal Case:
Sheet 4 - Additional Conditions of Supervised Release

Defendant: **RHONDA BARRETT**
Case Number: **00-CR-100**

### ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

2. The defendant is not to possess any firearms or other dangerous weapons.

3. Pursuant to the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall not illegally possess any controlled substance. Such possession will result in revocation of the supervision term and the defendant will serve a term in prison.

4. After release from imprisonment the defendant is to reside for the first 120 days in a community correctional center upon the first available vacancy. The defendant is to obey the rules of that facility.

5. The defendant is to participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse, as directed by the probation officer, until such time as she is released from the program by the probation officer. The defendant is to refrain from use of all alcoholic beverages throughout the period of supervision. The defendant shall pay the cost of this program as directed by the probation officer.

AO 245B (Rev 8/96) Judgment in a Criminal Case:
Sheet 5 Part A - Criminal Monetary Penalties

Defendant: **RHONDA BARRETT**
Case Number: **00-CR-100**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $ 100.00 | $ None | $ |

AO 245B (Rev 8/96) Judgment in a Criminal Case:
Sheet 5 Part B - Schedule of Payments

Defendant: **RHONDA BARRETT**
Case Number: **00-CR-100**

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

A  ☒  **The special assessment shall be paid in full immediately.**

B  ☐  $_____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ ; or

D  ☐  in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties

☐  Joint and Several

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s)

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.