*PROB 12B* Case 1:08-cr-00095  Document 3  Filed 02/14/2008  Page 1 of 2    Page 4 of 5
*Request for Modifying the Conditions or*
*Term of Supervision with Consent of Offender*

| | |
|---|---|
| RE: | Client Name:  BARRETT, Rhonda |
| | Docket No:  08CR00095-1 |

Pacts No. 17578

FILED
FEB 1 4 2008
Judge David H. Coar
United States District Court

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ months, for a total term of _____ months.

☐ To modify the conditions of supervision as follows:

To participate in mental health counseling at the direction the Probation Office.

Teressa Zammuto
United States Probation Officer
Tel: 312-435-7601

Reviewed by:

Therese Fitzpatrick
Supervising U.S. Probation Officer
Tel: 312-435-5749

Enclosures:  Judgment and Commitment Order
Resentencing Judgment and Commitment Order
Presentence Investigation
Prob Form 49- Waiver of Hearing

cc:  Victoria Peters, Associate Chief, Criminal Division
Assistant U.S. Attorney
U. S. Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

Carol Brooks, Deputy Director
Attorney at Law
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603

Rhonda Barrett

*PROB 12B* Case 1:08-cr-00095   Document 3   Filed 02/14/2008   Page 2 of 2   Page 5 of 5
*Request for Modifying the Conditions or*
*Term of Supervision with Consent of Offender*

RE:   Client Name:   BARRETT, Rhonda                                Pacts No.  17578
      Docket No:     08CR00095-1

## RECOMMENDED MODIFICATION:

☐  To extend the term of supervision for ____ months, for a total term of ___ months.

☑  To modify the conditions of supervision as follows:

> To participate in mental health counseling at the direction the Probation Office.

## THE COURT ORDERS:

☐  No Action

☐  The extension of supervision as noted above

☑  The modification of conditions as noted above

☐  Other

_____
Honorable David H. Coar

February 29, 2008
Date